MARCIE ISOM FITZSIMMONS (SBN: 226906)
misom@grsm.com
MARC JULIAN R. VASQUEZ (SBN: 355287)
mjvasquez@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California 94111
Telephone:     (415) 986-5900
Facsimile:      (415) 986-8054

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA DUFOUR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-2009<br><br>**DEFENDANT SOUTHWEST AIRLINES CO.'S NOTICE OF REMOVAL**<br><br>Complaint Filed:   January 27, 2026 |

**TO THE JUDGES AND CLERKS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF FRANCESCA DUFOUR AND HER ATTORNEY OF RECORD:**

NOTICE IS HEREBY GIVEN that Defendant Southwest Airlines Co. ("Defendant") in the above-captioned action hereby files in the United States District Court for the Northern District of California a Notice of Removal pursuant to 28 U.S.C. § 1441, and is filing the Notice of Removal in the Superior Court of the State of California, County of Alameda.

1.      On January 27, 2026, Plaintiff Francesca Dufour ("Plaintiff") filed this action in the Superior Court of the State of California, County of Alameda, entitled *Francesca Dufour v. Southwest Airlines Co.*, Case No. 26CV166893. Plaintiff alleges various claims under the California Fair Employment and Housing Act, the California Labor Code, and the California

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111

**GORDON REES SCULLY MANSUKHANI, LLP**
315 Pacific Avenue
San Francisco, CA 94111

Business and Professions Code. A true and correct copy of the Summons and Complaint is attached as **Exhibit A to the Declaration of Marc Julian R. Vasquez** (hereafter "Vasquez Decl.") pursuant to 28 U.S.C. § 1446(a), and is incorporated by reference in this Notice of Removal.

2. On March 9, 2026, Defendant filed an Answer to Plaintiff's Complaint pursuant to California Code of Civil Procedure section 431.30 in the Alameda County Superior Court. A true and correct copy of Defendant's Answer to Plaintiff's Complaint is attached as **Exhibit B to Vasquez Decl.** pursuant to 28 U.S.C. § 1446(a).

3. Defendant's Notice of Removal is timely. On February 5, 2026, Plaintiff effectuated personal service of the Complaint on Defendant. (Vasquez Decl., ¶ 5.)

4. Venue is proper in this Court. A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim(s) occurred. Removal to the United States District Court for the Northern District of California is appropriate because the removed state court action was filed in the Alameda County Superior Court. (Vasquez Decl. ¶¶ 4, 8.) Thus, venue is proper in this Court pursuant to 28 U.S.C. §§ 84(c)(1), 1391, 1441, and 1446.

5. The Complaint is a civil action of which this Court has jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states and the amount-in-controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

6. Complete diversity of citizenship exists because Plaintiff is a citizen of the State of California and Defendant is a corporation with its principal place of business in Dallas, Texas. A corporation shall be deemed a citizen of any state in which it has been incorporated or has its principal place of business. *See* 28 U.S.C. § 1332(c)(1). Plaintiff also seeks compensatory and punitive damages, and reasonable attorneys' fees and costs, which will exceed $75,000.00. Therefore, the requirements of diversity jurisdiction are satisfied here.

7. Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Northern District of California, and pursuant to 28 U.S.C. section 1446(d), written notice of such filing will be given by the undersigned to Plaintiff's counsel of record, and

DEFENDANT SOUTHWEST AIRLINES CO.'S NOTICE OF REMOVAL

a copy of the Notice of Removal will be filed with the Clerk of the Court for the Superior Court of the State of California, County of Alameda.

Dated: March 9, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: _____

Marcie Isom Fitzsimmons
Marc Julian R. Vasquez
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

DEFENDANT SOUTHWEST AIRLINES CO.'S NOTICE OF REMOVAL

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111